**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**MIDIALA APONTE,**
**9 Avenue Twenty**
**Trophy Club, TX 76262,**

**Plaintiff,**

**v.**

**SPITFIRE STRATEGIES, LLC**
**2300 N St. NW, Ste. 610**
**Washington, D.C. 20037**

**Defendant.**

**Civil Action No. 23-cv-01321**

---

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Spitfire Strategies, LLC files this Notice of Removal of the above-captioned matter from the Superior Court of the District of Columbia, Civil Division, to the United States District Court for the District of Columbia. The grounds for removal are as follows:

1. On or about April 5, 2023, Plaintiff Midiala Aponte filed her Original Complaint and Demand for Jury Trial in the Superior Court of the District of Columbia. Defendant was served on April 20, 2023. As explained below, this Court has subject matter jurisdiction based upon original jurisdiction based on a federal question (28 U.S.C. § 1331).

2. This Court has original jurisdiction over this matter based on a federal question because Plaintiff includes a cause of action under Title VII of the Civil Rights Act of 1964 (Title VII) alleging that Defendant discriminated and retaliated against her in violation thereof and a cause of action under the Americans with Disabilities Act ("ADA") of 1990 alleging that

Defendant discriminated and retaliated against her and failed to accommodate her under the ADA. Accordingly, the Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 over Plaintiff's federal discrimination claims and, supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over Plaintiff's state law claims.

6.    Pursuant to 28 U.S.C. §1446(a), all process, pleadings and orders that have been served upon Defendant to date in this matter are filed herewith.

7.    A copy of the Notice of Filing of Notice of Removal, the original of which is being filed with the Clerk of the Superior Court of the District of Columbia, as required by 28 U.S.C. § 1446(d) is filed herewith.

8.    A copy of the Notice of Filing of Notice of Removal and this Notice of Removal, is being served on Plaintiff in accordance with 28 U.S.C. § 1446(d).

9. This Notice of Removal is being filed within 30 days, as defined by 28 U.S.C. §1446(b) and Fed. R. Civ. P. 6(a), after Defendant first received a copy of Plaintiff's Original Complaint and Demand for Jury Trial.

10.    The required filing fee and an executed civil information sheet accompany this Notice.

WHEREFORE, Defendant respectfully requests that the Clerk note that this action has been removed from the Superior Court of the District of Columbia to the United States District Court for the District of the District of Columbia, and that all proceedings hereafter shall take place in the United States District Court for the District of the District of Columbia.

2

Dated:  May 9, 2023

Respectfully submitted,

*/s/ Steven Kaplan*
Steven E. Kaplan (D.C. Bar No. 492408)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW – Suite 400
Washington, DC  20006
skaplan@littler.com
202.842.3400 telephone
202.842.0011 facsimile

Kathleen Banks (*admission forthcoming*)
LITTLER MENDELSON, P.C.
1301 McKinney Street – Suite 1900
Houston, TX  77010
kbanks@littler.com
713.951.9400 telephone
713.951.9212 facsimile

*Counsel for Defendant*
*Spitfire Strategies, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing systems, and that a copy of the foregoing was served via U.S. mail, upon the following:

> Benjamin Folkinshteyn
> Woltz & Folkinshteyn, P.C.
> PO Box 3111
> Stamford, CT 06905
> (203) 276-0792
> bfolkins@wfpclaw.com

I further certify that, pursuant to 28 U.S.C. § 1446(d), on May 9, 2023, a copy of the foregoing Notice of Removal was filed via the court's e-filing system upon the following:

> Zabrina W. Dempson, Esq.
> Clerk of the Superior Court
> D.C. Superior Court
> 500 Indiana Avenue, NW
> Washington, DC  20001

> _/s/ Steven Kaplan_
> Steven Kaplan